IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAY -7 PM 2: 12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

| REBECCA MAHAR, | § | |
|---|---|---|
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1-14-CV-582-LY |
| GC SERVICES, LP, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is Plaintiff Rebecca Mahar's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment to Plaintiff filed August 28, 2014 (Clerk's Doc. No. 6). Plaintiff's notice of acceptance serves to notify this court that no further claims remain in this case and that judgment should be entered for Mahar in the amount of $1,000.00 plus "an additional amount for the Plaintiff's costs and Plaintiff's reasonable attorney's fees." *See* Fed. R. Civ. Pro. 68(a). By separate order signed this day, the court granted Plaintiff's motion for attorney's fees (Clerk's Doc. No. 7) and found that the reasonable attorney's fees and costs due Plaintiff total $2,500. The court thus renders the following Final Judgment pursuant to Federal Rules of Civil Procedure 58 and 68:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Rebecca Mahar recover $3,500.00 from Defendant GC Services, LP.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this **7th** day of May, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE